The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAGE ALIXANDER, an individual,

Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF WASHINGTON, UBI No. 578011461, a Washington Corporation,

Defendant.

No. 2:17-cv-01224-RSL

STIPULATED MOTION TO SEAL EXHIBIT C TO THE DECLARATION OF JENNY WETZEL IN SUPPORT OF MOTION TO DISMISS OR COMPEL

**Noted for Hearing:
February 8, 2018**

## I. STIPULATED MOTION

Pursuant to Local Rule 5(g), Plaintiff Sage Alixander and Defendant Kaiser Foundation Health Plan of Washington ("Kaiser") hereby jointly request the Court to enter an order sealing Exhibit C to the Declaration of Jenny Wetzel in Support of Motion Dismiss or Compel Arbitration ("Wetzel Declaration"). Exhibit C is a confidential Grievance Settlement Agreement entered into between the Parties and OPEIU Local 8 in October 2016. The Grievance Settlement Agreement contains a clause requiring confidentiality of the settlement

STIPULATED MOTION TO SEAL – 1
(CASE NO. 17-CV-1224 RSL)
4838-5297-2119v.2 0009887-000073

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

terms. ~~Counsel also request the Court enter an order sealing any portions of pleadings or declarations containing references to confidential terms in the Grievance Settlement Agreement, to the extent any such references are made.~~ *(RSL)*

Counsel for the Parties conferred on February 7, 2018 and agree that the Grievance Settlement Agreement should be filed under seal because the Parties and OPEIU Local 8 agreed to a confidentiality provision in the Grievance Settlement Agreement. Counsel for the Parties conferred regarding alternatives to filing under seal in order to minimize the amount of material filed under seal, and agree that the provisions in Grievance Settlement Agreement at issue in Defendant's Motion to Dismiss or Compel Arbitration can be referenced in the filings without redaction. This includes the: (1) general recitals, (2) arbitration provision (Paragraph 8), (3) any release terms, (4) opening section defining terms, (5) Paragraph 9, and (6) Paragraph 1 and referenced grievances. Counsel also agree that any references to the other settlement terms in the Grievance Settlement Agreement in the pleadings or related declarations should be redacted as appropriate to minimize the amount of material filed under seal. This agreement extends to any responsive pleadings or declarations filed or submitted.

DATED this 8th day of February, 2018.

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Attorneys for Defendant<br><br>By /s/ Sheehan Sullivan Weiss<br>Sheehan Sullivan Weiss, WSBA #33189<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Email: sulls@dwt.com | Attorneys for Plaintiff Sage Alixander<br>Laura H. Berkowitz<br><br>By /s/ Laura H. Berkowitz<br>Laura H. Berkowitz, WSBA #49620<br>PO Box 47406<br>Seattle, WA 98146-7406<br>Email: Lauren@workjusticelaw.com |

STIPULATED MOTION TO SEAL – 2
(CASE NO. 17-CV-1224 RSL)
4838-5297-2119v.2 0009887-000073

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| By */s/ Angela Vogel*<br>Angela Vogel, WSBA#34516<br>777 108th Avenue NE, Suite 2300<br>Bellevue, WA 98004-5149<br>E-mail: AngelaVogel@dwt.com | Law Offices of Alex J. Higgins<br><br>By */s/ Alex J. Higgins*<br>Alex J. Higgins, WSBA #20868<br>2200 6th Ave., Ste. 835<br>Seattle, WA 98121-1843<br>Email: alex@alexjhiggins.com |

STIPULATED MOTION TO SEAL – 3
(CASE NO. 17-CV-1224 RSL)
4838-5297-2119v.2 0009887-000073

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## II. ORDER

Pursuant to the Parties' foregoing Stipulated Motion to Seal, IT IS SO ORDERED.

Signed this 12th day of February, 2018.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik

STIPULATED MOTION TO SEAL – 4
(CASE NO. 17-CV-1224 RSL)
4838-5297-2119v.2 0009887-000073

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax